**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6324**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL WAYNE SHIFFLETT,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CR-99-42, CA-00-77-3)

_____

Submitted: May 17, 2001                     Decided: May 29, 2001

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Wayne Shifflett, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Wayne Shifflett appeals the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 2000), and a subsequent order denying relief on his motion filed pursuant to Fed. R. Civ. P. 60(b). A motion for reconsideration under Rule 60(b) does not bring up for review the merits of the underlying substantive judgment, nor does it toll the period for filing an appeal of the underlying judgment. <u>See</u> <u>Browder v. Director, Dep't of Corrections</u>, 434 U.S. 257, 263 n.7, 264-65, 268-69 (1978).

Because Shifflett did not file his Rule 60(b) motion within ten days of the district court's order denying relief on his § 2255 motion, entered on November 20, 2000, the time period for filing his appeal of that order was not tolled. <u>See</u> Fed. R. App. P. 4(a)(4). Shifflett had sixty days to appeal the district court's November order. <u>See</u> Fed. R. App. P. 4(a)(1)(B). He did not appeal until February 23, 2001, twenty-three days after the court denied reconsideration. Therefore, Shifflett's appeal is only timely as to the district court's denial of his subsequent motion for reconsideration. This court reviews a denial of a Rule 60(b) motion for abuse of discretion. <u>See</u> <u>NOW v. Operation Rescue</u>, 47 F.3d 667, 669 (4th Cir. 1995).

We have reviewed the record and conclude that the district court's denial of Shifflett's motion for reconsideration did not

constitute an abuse of discretion.  Accordingly, we deny a certif-
icate of appealability and dismiss the appeal.  We dispense with
oral argument because the facts and legal contentions are adequate-
ly presented in the materials before the court and argument would
not aid the decisional process.

DISMISSED
